DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GELI R. MEALLA ROCHA,**
Appellant,

v.

**JAIME JIMENEZ CUEVAS,**
Appellee.

No. 4D2023-2506

[May 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jessica M. Marra, Judge; L.T. Case No. FMCE18014227.

Geli R. Mealla Rocha, West Park, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See* Fla. Fam. L. R. P. 12.490(e)(3); *White v. Morris*, 361 So. 3d 392, 392 (Fla. 1st DCA 2023) (holding that a party must timely file a motion to vacate to preserve a challenge to a general magistrate's recommended order).

MAY, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***